**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HAYDEN HOLDINGS, LTD** | : | |
| | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| **v.** | : | |
| | : | |
| **FIDELITY NATIONAL TITLE** | : | |
| **INSURANCE COMPANY** | : | **NO. 24-2204** |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW,** this 29th day of May, 2025, in accordance with the jury verdict, it is hereby **ORDERED** that Judgment is entered in favor of Plaintiff Hayden Holdings, LTD in the amount of $1,067,00.00.

BY THE COURT:

Hon. Mia R. Perez